# EXHIBIT 4

**From:** CMS PartC&DStarRatings
**To:** Chaydez, Myrna 1
**Cc:** Shepherd, Paula A; Brady, Michael S; CMS PartC&DStarRatings
**Subject:** [EXTERNAL] RE: Request for Relief for H5843's 2026 and 2027 Star Ratings
**Date:** Monday, October 26, 2026 10:09:02 AM
**Attachments:** HPMS Memo Updated QBPs.pdf

Your request to change the terms of the hold harmless for the 2027 QBP ratings calculated from the 2026 Star Ratings is not consistent with the HPMS memo attached and released on June 17th. In that memo, we stated " We recalculated the 2027 QBP ratings for MA organizations only using data collected under 42 U.S.C. 1395w-22(e) as of November 1, 2003, specifically Part C measures using Healthcare Effectiveness Data and Information Set (HEDIS), Consumer Assessment of Healthcare Providers and Systems (CAHPS), and Health Outcomes Survey (HOS) data." We held all contracts harmless if the recalculated QBP rating resulted in a lower rating.

The 2027 Star Ratings include all applicable measures listed in Attachment VI, Table VI-1 pages 105-110 of the Announcement of Calendar Year (CY) 2027 Medicare Advantage (MA) Capitation Rates and Part C and Part D Payment Policies available at https://www.cms.gov/files/document/2027-announcement.pdf. CMS is not excluding any of these measures from the 2027 Star Ratings.

Part C and D Star Ratings Team

**From:** Chaydez, Myrna 1 <Myrna.Chaydez@bannerhealth.com>
**Sent:** Wednesday, October 21, 2026 8:04 PM
**To:** CMS PartC&DStarRatings <PartCandDStarRatings@cms.hhs.gov>
**Cc:** Shepherd, Paula A <Paula.Shepherd@bannerhealth.com>; Brady, Michael S <Michael.Brady@bannerhealth.com>
**Subject:** Request for Relief for H5843's 2026 and 2027 Star Ratings

Dear Mr. Mulcahy, Ms. Duran, Ms. Lazio, and Ms. Rajan,

Please find attached correspondence from Banner Health requesting a redetermination of the 2026 and 2027 Star Ratings for contract H5843. The attached letter and Exhibit A identify the specific measures at issue and the basis for the request.

Please direct any questions or request for additional information to me at the contact information below.

Thank you for your attention to this matter.

Regards,

**Myrna Chaydez**
Chief Executive Officer
Banner Medicare Advantage Health Plans

Making health care easier, so life can be better.